### [ ROCK v. GREEN ]

Joseph Rock Adm$^r$ to the Estate of m$^r$ John & m$^{rs}$ Martha Coggan dec$^d$ plaint. ag$^t$ Jacob Green jun$^r$ Defend$^t$ The plaint. withdrew his action.

### [ ARMITAGE v. FRANKLIN ]

Timothy Armitage plaint. ag$^t$ Benjamin Francklyn Defend$^t$ in an action of the case for refuseing to deliver possession of a house and land scituated and being in Boston wherein the s$^d$ Francklyn at present Liveth which was once the Estate of Richard Richardson but now the proper Estate of the afores$^d$ Timothy Armitage by virtue of a deed of gift from s$^d$ Richardson Father in Law to s$^d$ Armitage with all other due damages &c [ **447** ] . . . The Jury . . . found for the plaint. that the Defend$^t$ give him possession of the house & land Sued for within a month next following or pay two hundred pounds mony & costs of Court.

### WATTS ag$^t$ BALLARD

Michael Watts of London or his certain Attourny plaint. Jarvis Ballard Defend$^t$ in an action of the case for not paying the Summe of twenty three pounds twelve Shillings mony of England due upon the ballance of Acco$^t$ by booke with due interest and all other due damages according to attachm$^t$ dat$^d$ July. 17$^o$ 1677. . . . The Jury . . . found for the plaintife twenty nine pounds ten Shillings mony and costs of Court The Defend$^t$ appealed from this Judgem$^t$ unto the next Court of Assistants and himselfe principall in £29: and John Winslow and Samuel Winslow Sureties in £15. apeice acknowledged themselves respectiuely bound . . . on condition the s$^d$ Jarvis Ballard should prosecute his appeale . . .

[ Ballard's Reasons of Appeal are in S. F. 1625. The Court of Assistants (Records, i. 100) gave him no satisfaction.]

### DAVIS ag$^t$ FLOYD

Benjamin Davis Attourny of John Harwood Sen$^r$ of London plaint. ag$^t$ the goods or Estate of Noah Floyd Defend$^t$ in an action of the case for that the s$^d$ Floyd doth not pay unto the s$^d$ Harwood or his order the Summe of one hundred pounds lawfull mony of England